UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA,<br><br>  Defendant. | Case No. 2:20-cv-2348-KJD-EJY<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#18) of Magistrate Judge Elayna J. Youchah entered October 6, 2021, recommending that Plaintiff's Request (#12) to reopen, Motion for Status (#13) and Motion to Stay (#16) be denied with prejudice, because the proposed defendants are immune from suit, the complaint fails to state a rational claim and amendment would be futile. Though the time for doing so has passed, Plaintiff has failed to file objections to the report and recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#18) of the United States Magistrate Judge entered October 6, 2021, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18) entered October 6, 2021, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Request (#12) is **DENIED with prejudice**;

IT IS FURTHER ORDERED that Plaintiff's Motion for Status (#13) is **DENIED with prejudice**;

///

///

IT IS FINALLY ORDERED that Plaintiff's Motion to Stay (#16) is **DENIED with prejudice**.

Dated this 22nd day of November 2021.

_____
Kent J. Dawson
United States District Judge